```
 1 │ ADAM GORDON
 2 │ United States Attorney
   │ SABRINA L. FEVE
 3 │ Assistant U.S. Attorney
 4 │ California Bar No.: 226590
   │ Office of the U.S. Attorney
 5 │ 880 Front Street, Room 6293
 6 │ San Diego, CA 92101
   │ Tel: (619) 546-6786
 7 │ Email: Sabrina.Feve@usdoj.gov
 8 │
   │ Attorneys for the United States
 9 │
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **25-mj-02081** |
|---|---|
| Plaintiff, | |
| | **COMPLAINT FOR VIOLATION OF:** |
| v. | |
| | Title 18 U.S.C., Sec. 1029(a)(2), (b)(1), and (c)(1)(A) – Use and Attempted Use of Unauthorized Devices; Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) – Criminal Forfeiture |
| PETRE-DANIEL MARES, | |
| Defendant. | |

The undersigned Complainant, being duly sworn, states that, at all times material to the Complaint:

### Introductory Allegations

1. An "access device" was any card, plate, code, account number, electronic serial number, personal identification number, or other means of account access that could be used, alone or in conjunction with another access device, to obtain money, goods, or services. Common forms of access devices were debit and credit cards, as

well as the account information typically encoded on the magnetic strips on the backs of such cards.

2. An "unauthorized access device" was any access device that was lost, stolen, or obtained with intent to defraud.

3. The U.S. Department of Health and Human Services, Administration for Children and Families, administers the Temporary Assistance to Needy Families (TANF) program. TANF is a federally funded assistance program that supports low-income families with children. In California, TANF funds are used to operate CalWORKS, a state public assistance program that provides cash aid to eligible families with one or more children in the home. In California, CalWORKS public assistance benefits are distributed by means of a card encoded with electronic account information, similar to a debit or credit card, called the California Advantage Electronic Benefit Transfer (EBT) Card, which recipients use, along with a four-digit personal identification number (PIN), to withdraw funds.

## Count 1

## Conspiracy to Commit Access Device Fraud

## 18 U.S.C. § 1029(a)(2) and (b)(1)

4. Paragraphs 1 through 3 are hereby incorporated by reference as if fully stated herein.

5. Beginning on or about May 1, 2025, through and including May 2, 2025, in the Southern District of California, defendant PETRE-DANIEL MARES, did knowingly and with intent to defraud use and attempt to use one and more unauthorized access devices, to wit, Electronic Benefit Transfer account numbers and PINs issued to persons other than the defendant, during a one-year period, and by such conduct obtain cash and other things of value aggregated $1,000 and more during such one-year period, said use affecting interstate and foreign commerce; in violation of Title 18, United States Code, Sections 1029(a)(2), 1029(b)(2), and 1029(c)(1)(A)(i).

**Forfeiture Allegations**

6. The allegations above are incorporated herein for purposes of alleging forfeiture to the United States pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1029(c)(1)(C).

7. Upon conviction of the offense set forth in the complaint, defendants PETRE-DANIEL MARES shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1029(c)(1)(C), any property constituting and derived from proceeds Defendants obtained directly and indirectly from the offense, and any personal property used and intended to be used to commit the offense.

This complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Cristian Saenz
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on May 5, 2025.

HON. ~~MITCHELL D. DEMBIN~~
U.S. Magistrate Judge
Jill L. Burkhardt

Complaint                                    -3-

## STATEMENT OF PROBABLE CAUSE

I, Special Agent Cristian Saenz declare under penalty of perjury, the following is true and correct:

1. I am a Special Agent with the Homeland Security Investigations (HSI) and have held such employment since July 2017. I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Training Program, at the Federal Law Enforcement Training Center. I possess certifications in cybersecurity by the Global Information Assurance Certification (GIAC) which includes Information Security Fundamentals, Security Essentials, and Certified Incident Handler. I am currently assigned to the HSI San Diego Costa Pacifico Money Laundering Task Force (CPTF). The CPTF is comprised of HSI Special Agents, Task Force Agents from the Drug Enforcement Administration (DEA) and the Internal Revenue Service (IRS), and Task Force Officers from U.S. Customs and Border Protection and the San Diego Sheriff's Department. As a member of the CPTF, I primarily investigate violations of federal law pertaining to wire fraud, money laundering, bulk cash smuggling, and narcotics trafficking. I have led and participated in many aspects of criminal investigations, including collecting and reviewing physical and electronic evidence; conducting surveillance; utilizing informants; interviewing witnesses, subjects, and targets of investigation; and preparing and serving subpoenas, search and arrest warrants, and other legal process.

2. I am currently assigned to investigate financial crimes involving transnational criminal organizations in the Southern District of California. I am working in conjunction with the United States Secret Service ("USSS"), the Southern California Cyber Fraud Task Force ("SoCal CFTF"), and Health and Human Services-Office of Inspector General ("HHS-OIG"). The SoCal CFTF is a USSS-sponsored task force comprised of local, state, and federal law enforcement personnel, whose duties are to investigate cyber-enabled financial crimes, including activity in connection with

the fraudulent use of access devices, payment card skimming and re-encoding, identity theft, money laundering, and other frauds.

3. The facts and conclusions set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events, details, and circumstances described herein; and information gained through my training, experience, and communications with colleagues. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not set forth every fact that I or others have learned during this investigation. Dates, times, and amounts are approximate.

*Overview*

4. This affidavit is submitted in support of a Complaint and Arrest of Petre-Daniel MARES ("MARES") for Use and Attempted Use of Unauthorized Access Devices (Count 1), in violation of 18 U.S.C. §§ 1029(a)(2) and 1029(b)(1).

5. As outlined below, between May 1, 2025, through and including May 2, 2025, MARES, made a series of unauthorized withdrawals at one or more San Diego County ATMs in which he accessed and stole, or attempted to steal, from the public assistance benefit accounts of California victims. During this period, MARES attempted to withdraw at least $14,080.00 without authorization and successfully withdrew at least $5,540 from victims' public assistance Electronic Benefit Transfer (EBT) accounts.

*Identification of MARES*

6. Investigators identified MARES based in part on the following:

 a. U.S. immigration records indicate that MARES is a Romanian national without legal status to be present or remain in the U.S. Because of MARES'

AFFIDAVIT IN SUPPORT OF COMPLAINT       -2-

undocumented immigration status, MARES should be ineligible for CalFresh or CalWORKs benefits under federal law.

### Background on Electronic Benefit Transfer Cards

7.     In 2022, California's Department of Social Services ("CalDSS") advised the SoCal CFTF that it had detected a rise in fraud associated with the electronic debit cards issued to individuals and families who qualify for California public benefits like CalFresh and CalWORKs.

8.     The U.S. Department of Agriculture also noticed a rise in fraud associated with the Supplemental Nutrition Assistance Program ("SNAP") that it administers through its Food and Nutrition Service. SNAP is a federally funded assistance program designed to help low-income individuals and families purchase food. In California, SNAP public assistance benefits are distributed through CalFresh and loaded to an account that a qualified recipient accesses by means of an access card, similar to a debit or credit card, called the California Advantage Electronic Benefit Transfer ("EBT") Card. The EBT card system was developed to enable government agencies in California and many other states to deliver public assistance benefits to recipients using electronic transfers. The EBT system is a computer-based system through which authorization for qualifying food purchases and cash withdrawals are received via either a point-of-sale ("POS") terminal or an ATM.

9.     The U.S. Department of Health and Human Services, Administration for Children and Families, administers the Temporary Assistance to Needy Families ("TANF") program. TANF is a federally funded assistance program that awards grants to individual states to support low-income families with children. In California, TANF grant funds are used to operate CalWORKs, a state public assistance program that provides cash aid to eligible families with one or more children in the home. Families that apply and qualify for ongoing CalWORKs assistance receive money each month to

help pay for housing, food, and other necessary expenses. Like CalFresh, CalWORKs benefits are distributed by CalDSS through the California Advantage EBT card.

10. After a recipient applies for, and is approved to receive, California public assistance benefits like CalFresh and CalWORKs, the benefits are automatically distributed to the recipient's EBT card on a designated day of the month—typically, in California, one of the first five days of the month. To access their benefits to purchase eligible food items or withdraw cash, recipients swipe their card through a POS terminal, or insert it into an ATM, that records the card number, date, time, and amount of the transaction. The recipient then enters his/her unique Personal Identification Number ("PIN") into a keypad to complete the transaction.

11. The SoCal CFTF has gathered evidence indicating that members of criminal enterprises are stealing California EBT account information by installing skimmers in ATMs and on POS terminals, often by targeting POS terminals at grocery stores, convenience stores, and large volume retailers, like Walmart, in communities with higher concentrations of public benefit recipients. The skimmed data is then often re-encoded onto the magnetic strips of cards that members of the conspiracy use to make unauthorized withdrawals and purchases. These re-encoded cards are sometimes referred to as "cloned" cards. Cloned cards can be a blank white plastic card, or another debit, credit, or gift card. Cloned cards may have names or numbers embossed on the physical face of the card. A common feature of cloned cards is that the account number encoded on the card's magnetic strip will not match the number embossed or printed on the card's face. To facilitate the use of the stolen EBT benefits, members of the scheme will commonly put stickers bearing the account's PIN and account balance on the physical cards, or access devices, that are used at a POS terminal or ATM. Members of the conspiracy can check an account's balance online or by phone.

12. Data provided by CalDSS indicates that, between approximately June 2022 and April 2025, in the Southern District of California and elsewhere, unauthorized

account users have stolen approximately $255,505,215.36 from CalWORKs recipients. These unauthorized withdrawals commonly occur at the start of each month, when monthly CalWORKs benefits are distributed. Most of the stolen funds were obtained through unauthorized ATM withdrawals.

13. In Spring of 2023, the USSS conducted operations in the Southern and Central Districts of California during which agents surveilled ATMs that had historically been used to make unauthorized EBT account withdrawals. During its March operation in Los Angeles, the USSS arrested 14 individuals for possessing cloned cards and using unauthorized EBT and other public benefits accounts. Between the 14 individuals arrested, they possessed over 1000 fraudulent cards. Of these cards, most were gift cards and approximately 635 were encoded with compromised California EBT account information.

14. During its June 2023 operation in San Diego, the USSS and SoCal CFTF arrested five individuals, along with a sixth individual in July 2023. Five of the six individuals arrested in San Diego County had a history of making unauthorized EBT account withdrawals in San Diego prior to the night of their arrest. Several of the defendants who were arrested had skimming equipment and tools with them at the time of their arrest, including deep-insert ATM skimmers and pinhole cameras.

15. During an April 2024 operation in San Diego, the USSS and SoCal CFTF arrested five individuals, along with a sixth individual later that month. Four of the six individuals arrested had a history of making unauthorized EBT account withdrawals in San Diego County prior to the night of their arrest. Several of these individuals had also previously installed skimming devices on POS terminals or inside ATMs, and/or were found in possession of access device-making equipment at the time of their arrest. Between March 2023 and October 2024, a total of 34 people were ultimately arrested in Southern California for making unauthorized ATM withdrawals, and all but three of these individuals were Romanian.

16. In my training and experience and that of my colleagues, I know that public benefits recipients typically use their EBT cards near where they live. So, for example, San Diego County EBT recipients commonly use their EBT cards (which are encoded with their EBT account number) in San Diego County. EBT card compromises can occur when victims expose their account information by making a transaction at a point-of-sale terminal or an ATM where criminals have installed a skimming device. Therefore, in an instance of fraudulent EBT withdrawals, a large percentage or number of victims from the same county indicates that the conspiracy had, at some point, likely installed one or more skimming devices at ATMs and POS terminals in that county or obtained the results of such skimming activity from the same source(s) of supply.

*MARES' Access Device Fraud Activities*

17. As part of its broader EBT fraud investigation, the SoCal CFTF collects surveillance images and transaction records for fraudulent EBT withdrawals at ATMs in San Diego County and elsewhere. The SoCal CFTF also collects surveillance images and transaction records when a significant number of San Diego victims have their accounts accessed without authorization at the same ATM, which can include ATMs outside San Diego County. The task force also responds to reports of skimming-related incidents, which include the discovery, recovery, and forensic analysis of unauthorized skimming devices.

18. On May 2, 2025, at approximately 6:30 a.m., law enforcement was conducting surveillance at US Bank located at 22 E 8th Street, National City, CA. At approximately 6:48 a.m., law enforcement observed an adult male, later identified as MARES, at the drive-thru ATM, as the driver and single occupant of a 2024 Ford Escape bearing California license plates (the "Vehicle"). Law enforcement observed MARES conducting what appeared to be multiple ATM withdrawal transactions in rapid succession. Law enforcement observed MARES appear to insert several different cards to conduct withdrawals and put the retrieved currency inside of the Vehicle. Based

AFFIDAVIT IN SUPPORT OF COMPLAINT -6-

upon my training and experience, individuals conducting legitimate transactions at ATMs typically conduct a single transaction and do not transition between multiple payment cards rapidly to conduct several transactions in a short period of time.

19. Law enforcement conducted an investigatory stop of MARES and the Vehicle as MARES was at the drive-thru ATM. An investigator observed in plain sight and within the center console of the Vehicle, a stack of what appeared to be gift cards. A search of MARES person resulted in the identification of several gift cards in MARES' sweater pocket. The gift cards contained two stickers with four numbers written on the stickers, consistent with the EBT fraud scheme that typically writes the PIN and balance on stickers affixed to the card. A search of the vehicle resulted in the identification of a bundle of cash later determined to be approximately $5,610, bank withdrawal receipts, gift cards, and a cellular phone, all of which were found within the Vehicle's center console compartment. In total, law enforcement seized 21 gift cards.

20. MARES was placed under arrest at approximately 7:00 a.m. on May 2, 2025, and subsequently transported the HSI San Diego office for processing.

21. During a post-Miranda interview, MARES stated that he purchased the gift cards containing the bank account information of persons he does not know. MARES claimed that he could not recall whom he purchased the gift cards from, or where he purchased the cards. MARES stated that he utilized the gift cards on May 1, 2025, and on May 2, 2025, to steal the public assistance benefit funds of recipients he does not know. MARES stated that he is not an EBT public assistance benefit fund recipient. MARES stated that he was staying at a Rodeway Inn and confirmed his room number as 232. MARES consented for law enforcement to the search his hotel room.

22. On this same date, investigators confirmed with Rodeway Inn staff at National City, CA, that MARES was a guest of the hotel and was staying in room 232. Investigators conducted a search of the room pursuant to MARES' consent.

Investigators identified and seized from the room: approximately 50 gift cards, approximately $2,564 cash, along with a skimmer and other electronic devices.

23. On May 2, 2025, I analyzed the magnetic stripe of the cards that were in MARES' possession and that were located inside of MARES' hotel room and determined that all the cards were encoded with what appeared to be EBT bank account numbers.

24. Also on May 2, 2025, I received and reviewed US Bank transactions records. Those records confirmed the physical surveillance, and showed that, beginning at 6:06 a.m. MARES accessed two different ATMs located at the US Bank at 22 East 8th St, National City, CA (identified above). US Bank is headquartered Minneapolis, Minnesota, and operates in interstate commerce.

25. US Bank records show that, at the ATMs, MARES conducted unauthorized withdrawal transactions from the EBT accounts of approximately 7 victims. MARES attempted to withdraw $14,080.00 and successfully withdrew $5,540.00. Below are images from the bank surveillance video showing MARES at the drive-thru ATM (left) and walk-up ATM (right).




26. On May 2, 2025, I reviewed a report from the Los Angeles District Attorney, Bureau of Investigating, dated August 5, 2024, which detailed the service of a State of California search warrant at a residence located in Diamond Bar, California. According to the report, during the search, investigators found MARES and several

AFFIDAVIT IN SUPPORT OF COMPLAINT        -8-

other individuals, including Nicolae Florin IONITA and Alberto CHIVEA, who are charged separately with access device fraud conspiracy in Case No. 24-mj-4247-DDL. During the search, investigators found and seized skimming-related evidence such as gift cards bearing stickers, electronic devices resembling skimmers, and pin hole cameras. Here is a photo of MARES from the date of the August 5, 2024 search:



27.     On May 2, 2025, MARES was arrested and charged with a violation of Title 18, United States Code §§ 1029(a)(2) and 1029(b)(1), Use and Attempted Use of Unauthorized Access Devices.

Executed on May 2, 2024, at ___6:17___ PM

_____
Cristian Saenz, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 9 pages, I find probable cause to believe the defendant, Petre-Daniel MARES, named in this probable cause statement, committed the offense on May 2, 2025, in violation of Title 18, United States Code §§ 1029(a)(2) and 1029(b)(1), Use and Attempted Use of Unauthorized Access Devices.

_____         10:39 PM, May 2, 2025
Hon. Jill L. Burkhardt                                       Date/Time
United States Magistrate Judge

AFFIDAVIT IN SUPPORT OF COMPLAINT                -9-